612

382 A.2d 742

Commonwealth v. Bess, Appellant.

Submitted September 22, 1976. Andrew G. Gay and Edward F. Chacker, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 743

Commonwealth v. Blackwell, Appellant.

Submitted December 6, 1976. Earl Walker, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.